# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| T.R. AND ERICA SMITH,<br><br>              Plaintiffs,<br>    v.<br><br>FEDERAL WAY SCHOOL DISTRICT, *et al.*,<br><br>              Defendants. | No. C06-1541RSL<br><br>ORDER VACATING<br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On June 28, 2007, the Court ordered defendant Federal Way School District to deliver a courtesy copy of the documents it filed on June 21, 2007. Defendant has now done so. The Order to Show Cause (Dkt. #26) is hereby VACATED: defendant Federal Way School District need not take any further action in response to the Order to Show Cause.

DATED this 3rd day of July, 2007.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER VACATING
ORDER TO SHOW CAUSE