HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T.R. and ERICA SMITH,<br><br>    Plaintiffs,<br><br>vs.<br><br>FEDERAL WAY SCHOOL DISTRICT and VALLEY CITIES COUNSELING AND CONSULTATION<br><br>    Defendants. | NO. CV06-1541RSL<br><br>**ORDER GRANTING DEFENDANT VALLEY CITIES COUNSELING AND CONSULTATION'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56**<br><br>**Note on Motion Calendar: July 20, 2007** |

THIS MATTER having come on before the Court on Defendant, VALLEY CITIES COUNSELING & CONSULTATION'S Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56 on all claims against it the court having considered the records and files herein, including the following:

1. Defendant Valley Cities Counseling & Consultation's Motion for Summary Judgment Pursuant to FRCP 56;

2. Declaration of Carla Curio in Support of Defendant Valley Cities Counseling & Consultation's Motion for Summary Judgment Pursuant to FRCP 56;

PROPOSED ORDER GRANTING DEFENDANT VALLEY CITIES COUNSELING AND CONSULTATION'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56 - 1

LAW OFFICES OF JOHN FRANCIS KENNEDY
3419 Harborview Drive
Gig Harbor, WA  98332-2127
PHONE (253) 853-6223  FAX (253) 853-6479
E-MAIL: jfk@KennedyLawNorthwest.com

C:\DOCUME~1\TRoberts\LOCALS~1\Temp\notesFFF692\Order on msj.doc

3. Defendant Federal Way School District's Motion for Summary Judgment;

4. Declaration of Christie Galinat and attachments;

5. _____

6. _____

7. _____

and the Court having heard argument of counsel, finding no just reason for delay and having deemed itself fully informed in the matter; it is hereby

ORDERED, ADJUDGED AND DECREED that Defendant Valley Cities Counseling & Consultation shall be granted summary judgment, with prejudice, on all claims against it in this matter; and it is further

ORDERED, ADJUDGED AND DECREED that all claims against said Defendant are hereby dismissed with prejudice.

DONE IN OPEN COURT this 1st day of August, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

---

PROPOSED ORDER GRANTING DEFENDANT
VALLEY CITIES COUNSELING AND
CONSULTATION'S MOTION FOR SUMMARY
JUDGMENT PURSUANT TO FRCP 56 - 2

C:\DOCUME~1\TRoberts\LOCALS~1\Temp\notesFFF692\Order on msj.doc

LAW OFFICES OF JOHN FRANCIS KENNEDY
3419 Harborview Drive
Gig Harbor, WA  98332-2127
PHONE (253) 853-6223  FAX (253) 853-6479
E-MAIL: jfk@KennedyLawNorthwest.com