Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TREVON RICHARDSON and ERICA SMITH,, <br><br> Plaintiffs, <br><br> vs. <br><br> FEDERAL WAY SCHOOL DISTRICT and VALLEY CITIES COUNSELING and CONSULTATION, <br><br> Defendants. | No. CV06-1541 RSL <br><br> ORDER GRANTING DEFENDANT SCHOOL DISTRICT'S MOTION FOR SUMMARY JUDGMENT |

THIS MATTER, having come regularly before the Court in the above-captioned matter upon defendant Federal Way School District's Motion for Summary Judgment, and the Court having reviewed the files and pleadings herein, including:

1. Defendant Federal Way School District's Motion for Summary Judgment;

2. Declaration of Donald F. Austin with accompanying exhibits;

3. Declaration of Christie Galinat with accompanying exhibit;

4. _____

5. _____;

ORDER GRANTING DEFENDANT SCHOOL DISTRICT'S MOTION FOR SUMMARY JUDGMENT - 1
Richardson MSJ Order (5147033).DOC

LEE·SMART·COOK·MARTIN & PATTERSON
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

The Court being otherwise fully advised in the premises, now, therefore, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. Defendant Federal Way's Motion for Summary Judgment is GRANTED.

2. All claims against Defendant Federal Way School District are hereby dismissed with prejudice.

DONE IN OPEN COURT this 1st day of August, 2007.

_/s/ Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

Presented by:

LEE, SMART, COOK, MARTIN
& PATTERSON, P.S., INC.


By:/s/ Duncan K. Fobes
    Duncan K. Fobes, WSBA No. 14964
    dkf@leesmart.com
    Attorney for Defendant Federal Way School District

ORDER GRANTING DEFENDANT SCHOOL
DISTRICT'S MOTION FOR SUMMARY JUDGMENT -
2
Richardson MSJ Order (5147033).DOC